**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1951**

LENIR RICHARDSON,

Plaintiff - Appellant,

versus

CHEVY CHASE BANK; POSTAL OFFICE; WESTERN UNION; FEDERAL TRADE COMMISSION; FEDERAL BUREAU OF INVESTIGATION,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:07-cv-00660-LMB)

Submitted: December 13, 2007          Decided: December 18, 2007

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lenir Richardson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lenir Richardson appeals the district court's order summarily dismissing without prejudice her complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Richardson v. Chevy Chase Bank, No. 1:07-cv-00660-LMB (E.D. Va. filed July 16, 2007; entered July 19, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED